IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CV-4-F

| | |
|---|---|
| CATHERINE GAGNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VIDANT ROANOKE-CHOWAN HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

The court has been notified that the parties have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before October 9, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED.

This, the 10 day of August, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge